UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLEN OXFORD, <br><br>         Plaintiff(s), <br><br> v. <br><br> MAS MIFBAH UDDIN, et al., <br><br>         Defendant(s). | 23-CV-4054 (DEH) <br><br> NOTICE OF REASSIGNMENT |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 10, 2023
   New York, New York

                        DALE E. HO
                   United States District Judge