UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLEN OXFORD,<br><br>                                    Plaintiff(s),<br><br>                     v.<br><br>MAS MIFBAH UDDIN, et al.,<br><br>                                    Defendant(s). | 23 Civ. 4054 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

A conference was held on December 13, 2023, regarding the parties' discovery disputes. For the reasons discussed at the conference, it is hereby **ORDERED** that Defendants shall provide the unredacted engagement letter with Cohen, Weiss and Simon to the Court for *in camera* review by **December 18, 2023.** Defendants shall email the document to [HoNSYDChambers@nysd.uscourts.gov](mailto:HoNSYDChambers@nysd.uscourts.gov). Decision is reserved on Plaintiff's request for an order directing Defendants to produce the unredacted letter.

It is further **ORDERED** that Plaintiff's request for an order directing the Defendants to produce documents subject to a protective order that gives Plaintiff's counsel the right to retain all materials produced after litigation concludes is **DENIED**. The Court finds that, due to the sensitive medical and religious information contained in the relevant materials, good cause exists for a protective order that requires the parties to destroy or return any confidential materials after the conclusion of litigation, in accordance with the protocol described in Defendants' letter of December 8, 2023. *See* Fed. R. Civ. P. 26(c). The Court further finds that the risk of malpractice or disciplinary action does not justify the retention of materials produced in discovery following the conclusion of litigation. The parties shall meet and confer regarding a

confidentiality protocol and file a joint stipulated agreement by **December 18, 2023,** for so ordering.

It is further **ORDERED** that Plaintiff shall file a letter, not to exceed three pages, in response to Defendants' letter of December 12, 2023, by **December 18, 2023**.

SO ORDERED.

Dated: December 13, 2023
New York, New York

DALE E. HO
United States District Judge