UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLEN OXFORD,<br><br>      Plaintiff(s),<br><br>  v.<br><br>MAS MIFBAH UDDIN, et al.,<br><br>      Defendant(s). | 23 Civ. 4054 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued December 13, 2023, required Defendants to email Chambers an unredacted version of a retainer agreement that Plaintiff seeks in discovery, to allow the Court to conduct *in camera* review by December 18, 2023. Defendants did not email the required document.

  It is hereby **ORDERED** that Defendants shall email the required documents as soon as possible and no later than **December 20, 2023**. Defendants shall email the document to HoNYSDChambers@nysd.uscourts.gov.

  SO ORDERED.

Dated: December 19, 2023
    New York, New York

                         DALE E. HO
                      United States District Judge