UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLEN OXFORD,<br><br>  Plaintiff,<br><br>-against-<br><br>MAS MIFBAH UDDIN, ET AL.,<br><br>  Defendants. | 23-CV-04054 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated February 6, 2024 (ECF 55), Judge Dale E. Ho referred this case to Magistrate Judge Jennifer E. Willis for settlement. On February 7, 2024, that referral was reassigned to me.

A settlement conference is scheduled for **Wednesday, April 17, 2024 at 11:00 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **April 10, 2024**, **at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  April 4, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge