<␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀␀

**MEMO ENDORSED**



# Levy Ratner

**Attorneys**

Daniel J. Ratner | Dana E. Lossia* | Aleksandr L. Felstiner•
Pamela Jeffrey | Micah Wissinger | Jessica I. Apter*
Carl J. Levine* | Ryan J. Barbur | Maceo C. Torres-Trujillo
David Slutsky* | Laureve D. Blackstone* | Nikita J. Rumsey
Allyson L. Belovin | Kimberly A. Lehmann*

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175

o  212.627.8100
f  212.627.8182
levyratner.com

*Of Counsel*

Patricia McConnell
Linda E. Rodd
Robert H. Stroup

*Special Counsel*

Richard A. Levy
Daniel Engelstein
Richard Dorn

---

> Application **GRANTED**. The conference scheduled for November 13, 2024, is **ADJOURNED** to **November 26, 2024, at 2:00 P.M. EST**. The parties may join the conference by dialing 646-453-4442 and entering Conference ID: 243 932 603 followed by the pound (#) key. SO ORDERED.
>
> Dated: November 12, 2024
> New York, New York
>
> */s/ Dale E. Ho*
> DALE E. HO
> United States District Judge

**BY ECF**

Hon. Dale E. Ho
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Oxford v. Uddin, et al.*, Case No. 1:23-cv-04054-DEH

Dear Judge Ho:

This firm represents defendants in the above referenced matter. Yesterday, the Court issued an order [docket entry #71] rescheduling a status conference from November 6 to November 13. We respectfully request that the conference be rescheduled as both the undersigned and my co-counsel, Alek Felstiner, are unavailable on November 13 due to previously scheduled work commitments. In particular, I will be appearing in federal court in Newark, New Jersey for a final pre-trial conference and Mr. Felstiner will be in an arbitration proceeding.

I have spoken with Steven Kaufman, attorney for plaintiffs, who indicated his consent to this request. Counsel are available for a status conference any work day in November except for the following days: November 12, 18, 21, 22 and 27. No previous request to adjourn the status conference has been made.

Respectfully yours,

David M. Slutsky
Counsel for Defendants

cc: Counsel of Record, by ECF

1684-000-00001: 11510098

*Advancing the rights of everyone who works*

\* Admitted in NY and NJ.    • Admitted in NY, NJ and CA.    ◦ Admitted in NY and CA